43 F.3d 1462
 Rolo (Jose, Rosa), Tenerelli (Dr. William, Roseanne)
v.
City Investing Company Liquidating Trust, Ambase
Corporation, Carteret Bancorp, Inc., Resolution Trust
Corporation, Receiver of Carteret Savings Bank, FA, Home
Insurance Company, Scharffenberger (George T.), Manley
(Marshall), Hatch (Edwin I.), Pyne (Eben W.), Askew (Reubin
O'D.), Clark (Howard L., Jr.), Simons (Charles J.),
Brinkerhoff (Peter R.), Brown (David F.), Ehrling (Robert
F.), Cravath, Swaine & Moore,
 NOS. 94-5057, 94-5058
 United States Court of Appeals,
Third Circuit.
 Nov 08, 1994
 
 Appeal From: D.N.J., No. 90-04420,
 Debevoise, J.,
 
 845 F.Supp. 182
 
 1
 AFFIRMED.